**[J-16-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


| | | |
|---|---|---|
| MEGAN MAJCHER FIOCHETTA, | : | No. 36 WAP 2022 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court entered February 8, |
| | : | 2022 at No. 462 WDA 2021, |
| v. | : | affirming the Order of the Court of |
| | : | Common Pleas of Allegheny County |
| | : | entered March 16, 2021 at No. FD- |
| MATTHEW FIOCHETTA, | : | 17-009381. |
| | : | |
| Appellant | : | ARGUED:  April 18, 2023 |


## ORDER


**PER CURIAM**

**AND NOW,** this 22nd day of August, 2023, the appeal is **DISMISSED** as having been improvidently granted.